UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL CALIENDO,<br><br>    Plaintiff,<br><br>v.<br><br>STATEBRIDGE COMPANY, LLC.<br><br>    Defendant. | Case No. 1:15 cv 09189<br><br>Hon. Judge Robert M. Dow |

## DEFENDANT'S RULE 6(b) MOTION TO EXTEND ITS TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES, the Defendant, STATEBRIDGE COMPANY, LLC, by and through its attorneys, Anselmo Lindberg Oliver, LLC, and pursuant to Federal Rule 6(b) files its Motion to Extend its Time to Answer or Otherwise Plead, stating as follows:

1. On November 10, 2015, Defendant submitted to the Court's jurisdiction and by rule a pleading was due January 11, 2016.

2. Due to unforeseen circumstances, Defendant failed to file a responsive pleading within the allotted time period.

3. Pursuant to Federal Rule of Civil Procedure 6(b), Defendant seeks additional time to Answer or Otherwise Plead.

4. This motion is not being brought for the purpose of undue delay or to cause hardship on any of the parties hereto.

WHEREFORE, Plaintiff prays that this Honorable Court Grant its Motion to Extend the Time to Answer or Otherwise Plead and grant such other and further relief as this court deems just.

Dated: January 12, 2016

          STATEBRIDGE COMPANY, LLC

          By: /s/ Christopher Iaria
              Christopher Iaria
                Anselmo Lindberg Oliver
                1771 W. Diehl Road
                Suite 120
                Naperville, IL 60563
                (630) 453-6829
                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 12, 2016, I electronically filed the attached Defendant's Rule 6(b) Motion to Extend Time Its Time to Answer or Otherwise Plead with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, from which notice will be served upon the following:

Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
dmcgarry@sulaimanlaw.com, ahmad.sulaiman@sulaimanlaw.com,
jmickalovski@sulaimanlaw.com, larcos@sulaimanlaw.com, mbadwan@sulaimanlaw.com,
rzambon@sulaimanlaw.com

Dated:    January 12, 2016                  By: /s/ Christopher S. Iaria
                                                                   Attorney for Defendant

Christopher S. Iaria
ANSELMO LINDBERG OLIVER, LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
P: (630) 453-6960    F: (630) 428-4620
Attorney No. 6301746